UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH McGUIRE, On Behalf of Himself and All Others Similarly Situated,<br>　　　　Plaintiff(s),<br><br>　v.<br><br>DENDREON CORPORATION, et al.,<br>　　　　Defendant(s).<br>_____<br>This document relates to:<br><br>　　　All Actions.<br>_____<br><br>WILLIAM MOUNTANOS, PETER MOUNTANOS, JAMES RYE, and TYRONE REMINGA,<br>　　　　Plaintiff(s),<br><br>　v.<br><br>DENDREON CORPORATION, et al.,<br>　　　　Defendant(s) | NO. C07-800MJP<br><br>ORDER ON MOTION FOR RELIEF FROM SCHEDULING ORDER<br><br><br><br><br><br><br><br>NO. C09-426MJP |

The above-entitled Court, having received and reviewed:

1. Defendants' Motion for Relief (Partial) from Scheduling Orders (Dkt. No. 133)

2. Plaintiffs' Opposition to Defendants' Motion for Relief (Partial) from Scheduling Orders (Dkt. No. 135)

3. Defendants' Reply Brief in Support of Their Motion for Relief (Partial) from Scheduling Orders (Dkt. No. 141)

and all exhibits and declarations attached thereto, makes the following ruling:

**ORD ON MTN
FOR RELIEF - 1**

1       IT IS ORDERED that the motion is DENIED.

2       The Court is mindful of the age of this case and the fact that the scheduling order under which the parties are operating was negotiated at great length and set in place in August 2009. The stress of operating a business while conducting a lawsuit is ever-present in a company involved in litigation; both these often-competing concerns must be served and it is the Court's job to ensure that the interests of justice and timely resolution of disputes do not take a backseat to commercial considerations.

      Defendants have known for an extended period of time that these discovery requests were pending, and that requests for depositions would be made. The Court re-emphasizes its expectation that the parties will cooperate in the setting of depositions.

      The clerk is directed to provide copies of this order to all counsel of record.

Dated: January 26, 2010

Marsha J. Pechman
U.S. District Judge

**ORD ON MTN**
**FOR RELIEF - 2**