THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MOUNTANOS, PETER MOUNTANOS, JAMES RYE, and TYRONE REMINGA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DENDREON CORPORATION, a Delaware Corporation, MITCHELL GOLD, and DAVID URDAL,<br><br>　　　　　Defendants. | CASE NO.: C09-426-MJP<br><br>**STIPULATION AND ORDER REGARDING THE BRIEFING SCHEDULE AND PAGE LIMITATIONS FOR THE PARTIES' MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**June 18, 2010** |

1. On December 3, 2009 the Court entered a scheduling order whereby all dispositive motions, including motions for summary judgment, must be filed by June 21, 2010;

2. By operation of the Local Rules of the Western District of Washington, any opposition briefs to any dispositive motion filed in this matter, including motions for summary judgment, must be filed by July 12, 2010;

3. By operation of the Local Rules of the Western District of Washington, any reply briefs for any dispositive motion filed in this matter, including motions for summary judgment, must be filed by July 26, 2010;

4. Pursuant to the Local Rules of the Western District of Washington, any dispositive motions and opposition briefs, including motions for summary judgment, shall not exceed twenty-four pages in length;

5. Pursuant to the Local Rules of the Western District of Washington, any reply briefs for any dispositive motions, including motions for summary judgment, shall not exceed twelve pages in length;

6. Given the anticipated number of issues that will be raised on summary judgment and the substantial volume of discovery in this case, respective counsel for the Defendants Dendreon Corporation, Mitchell Gold, and David Urdal ("Defendants") and Plaintiffs request an extension until July 23, 2010 (or eleven additional days) to file any opposition briefs to any dispositive motion and an extension until July 30, 2010 (or four additional days) to file any reply briefs to any dispositive motion;

7. Given the anticipated number of issues that will be raised on summary judgment and the substantial volume of discovery in this case, respective counsel for the Defendants and Plaintiffs request that the page limit for any dispositive motions and any opposition briefs to any dispositive motions be extended to thirty pages (or six additional pages) and that the page limit for any reply briefs to any dispositive motions be extended to twenty pages (or eight additional pages);

STIPULATION AND ORDER RE BRIEFING SCHEDULE AND PAGE LIMITATIONS FOR THE PARTIES' MSJ
CASE NO. C09-426-MJP
-2-

1    8.    Counsel for Plaintiffs and Defendants have met and conferred and have agreed
2 to the briefing schedule and page limitations set forth below for any dispositive motions filed in
3 this matter;

4    9.    Pursuant to the parties' stipulation and subject to the Court's approval:

5    (a)    The parties shall file any and all dispositive motions by June 21, 2010;

6    (b)    Any opposition briefs to any dispositive motions shall be filed by July 23, 2010;

7    (c)    Any reply briefs for any dispositive motions shall be filed by July 30, 2010;

8    (d)    The page limitation for any dispositive motion and any opposition brief shall not
9 exceed thirty pages; and

10    (e)    The page limitation for any reply brief shall not exceed twenty pages.

11    IT IS SO STIPULATED.

12 Dated:  June 18, 2010

s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Douglas W. Greene, WSBA #22844
Claire L. Davis, WSBA # 39812
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email:  bkaplan@wsgr.com
Email:  dgreene@wsgr.com
Email:  cldavis@wsgr.com

– and –

Bahram Seyedin-Noor (admitted *pro hac vice*)
Daniel W. Turbow (admitted *pro hac vice*)
L. David Nefouse (admitted *pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811
Email:  bnoor@wsgr.com
Email:  dturbow@wsgr.com
Email:  dnefouse@wsgr.com

*Attorneys for the Defendants*

1  Dated:  June 18, 2010

2                                       s/ Nick G. Farha
   Clifford A. Cantor
3  **LAW OFFICES OF CLIFFORD A. CANTOR, P.C.**
   627 208th Ave. SE
   Sammamish, WA 98074-7033
4  Telephone:  (425) 868-7813
   Facsimile:   (425) 868-7870
5  Email:  cacantor@comcast.net
   Email:  cliffcantor@hotmail.com

6
   William B. Federman
7  Nick G. Farha
   **FEDERMAN & SHERWOOD**
8  10205 N. Pennsylvania
   Oklahoma City, OK  73120
9  Telephone:  (405) 235-1560
   Facsimile:   (405) 239-2112
10 Email:  wbf@federmanlaw.com
   Email:  ngf@federmanlaw.com

11
   *Counsel for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**ORDER**

Based upon the above stipulation of plaintiffs and defendants, by and through their counsel of record, and for good cause appearing, IT IS SO ORDERED.

Dated: June 21, 2010

_____
Marsha J. Pechman
United States District Judge

Submitted by:

| | |
|---|---|
| s/ Barry M. Kaplan | s/ Nick G. Farha |
| Barry M. Kaplan, WSBA #8661 | Clifford A. Cantor |
| Douglas W. Greene, WSBA #22844 | **LAW OFFICES OF CLIFFORD A. CANTOR, P.C.** |
| Claire L. Davis, WSBA #39812 | 627 208th Ave. SE |
| **WILSON SONSINI GOODRICH & ROSATI** | Sammamish, WA 98074-7033 |
| 701 Fifth Avenue, Suite 5100 | Telephone: (425) 868-7813 |
| Seattle, WA 98104-7036 | Facsimile: (425) 868-7870 |
| Telephone: (206) 883-2500 | Email: cacantor@comcast.net |
| Facsimile: (206) 883-2699 | Email: cliffcantor@hotmail.com |
| Email: bkaplan@wsgr.com | |
| Email: dgreene@wsgr.com | William B. Federman |
| Email: cldavis@wsgr.com | Nick G. Farha |
| | **FEDERMAN & SHERWOOD** |
| – and – | 10205 N. Pennsylvania |
| | Oklahoma City, OK 73120 |
| Bahram Seyedin-Noor (admitted *pro hac vice*) | Telephone: (405) 235-1560 |
| Daniel W. Turbow (admitted *pro hac vice*) | Facsimile: (405) 239-2112 |
| L. David Nefouse (admitted *pro hac vice*) | Email: wbf@federmanlaw.com |
| **WILSON SONSINI GOODRICH & ROSATI** | Email: ngf@federmanlaw.com |
| Professional Corporation | |
| 650 Page Mill Road | *Counsel for Plaintiffs* |
| Palo Alto, CA 94304-1050 | |
| Telephone: (650) 493-9300 | |
| Facsimile: (650) 493-6811 | |
| Email: bnoor@wsgr.com | |
| Email: dturbow@wsgr.com | |
| Email: dnefouse@wsgr.com | |

*Attorneys for Defendants*

STIPULATION AND ORDER RE BRIEFING        -5-
SCHEDULE AND PAGE LIMITATIONS FOR THE
PARTIES' MSJ
CASE NO. C09-426-MJP

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.

Dated: June 18, 2010

                                              s/ Barry M. Kaplan
                                              Barry M. Kaplan, WSBA #8661

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND PAGE LIMITATIONS FOR THE PARTIES' MSJ
CASE NO. C09-426-MJP
MOUNTANOS-DENDREON.STIP.SJ PG LMTNS.DOC

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699